IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JIMMIE BYNUM                                                                                                PLAINTIFF

v.                                          Case No. 1:15-cv-1058

ARMSTRONG WORLD INDUSTRIES, INC.                                               DEFENDANT

**ORDER**

Before the Court is the Report and Recommendation filed April 28, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Bryant recommends that Defendant's Motion to Dismiss be granted.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Defendant's Motion to Dismiss (ECF No. 7) should be and hereby is **GRANTED** for failure to comply with the Federal Rules of Civil Procedure and Local Rules and failure to prosecute this matter.

**IT IS SO ORDERED**, this 28th day of June, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge